VAN–107 Deficiency Notice – Rev. 11/10/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

Room 209, 300 Fayetteville Street
P.O. Drawer 1441
Raleigh, NC 27602–1441

CASE NO.: 10–10588–8–SWH

IN RE:  DATE FILED: December 30, 2010

CHAPTER: 13

Stephanie Heath Tilley
  *( debtor has no known aliases )*
6616 Bowman Rd.
Mebane, NC 27302

Debtor represented by:
John T. Orcutt
Offices of John T. Orcutt, P.C.
6616–203 Six Forks Rd.
Raleigh, NC 27615

Trustee:
John F. Logan
Office Of The Chapter 13 Trustee
PO Box 61039
Raleigh, NC 27661–1039

## DEFICIENCY NOTICE

To: John Orcutt

Re: Motion To Pay Mortgage Outside Plan filed by John T. Orcutt on behalf of Stephanie Heath Tilley Responses due by 02/14/2011.

The referenced document has been filed; however, it is deficient as noted below. Failure to correct the deficiencies by **February 9, 2011** may result in the court assuming you no longer desire the relief requested and entering an order denying or dismissing the requested relief, or in the matter being forwarded to the judge for appropriate action.

The motion was not served upon an officer, a managing or general agent, or to any other agent authorized to receive service of process, as required by Rule 7004(b)(3) of the Federal Rules of Bankruptcy Procedure. Upon completion of proper service, a certificate of service should immediately be filed with the court.

DATED: January 25, 2011

Pamela Smith
Deputy Clerk